**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,
                                    Plaintiff,

-against-

MUSTAFA DAVID SAYID and NORMAN
T. REYNOLDS,
                                    Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/27/19

**17 CIVIL** 2630 (JFK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated November 25, 2019, the motion of the SEC for

summary judgment is GRANTED as against Sayid and Reynolds for violating Sections 5 and

17(a) of the Securities Act of 1933 and Section 10(b) of the Securities Exchange Act of 1934.

**Dated:** New York, New York
          November 27, 2019

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**

Kmango

**Deputy Clerk**