UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
SECURITIES AND EXCHANGE          :
COMMISSION,
                    Plaintiff,   :
                                 :
     -against-                   :
                                 :
MUSTAFA DAVID SAYID and NORMAN   :
T. REYNOLDS,
                                 :
                    Defendants.  :
------------------------------ X

No. 17 Civ. 2630 (JFK)
**ORDER**

**JOHN F. KEENAN, United States District Judge:**

As requested by Defendant Reynolds, (ECF No. 129), oral argument on the Securities and Exchange Commission's motions for entry of final judgment, (ECF Nos. 118, 120), will be heard on July 1, 2020 at 11:00 a.m. The argument will take place in Courtroom 20-C if the Daniel Patrick Moynihan United States Courthouse has resumed public hearings; it will occur via teleconference if not. The Court will enter an order in advance of the argument setting forth whether the argument will be in-person or via teleconference.

**SO ORDERED.**

Dated:  New York, New York
        May 26, 2020

                                John F. Keenan
                          United States District Judge